UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Mag. No. 13-9290 |
| ZOFIA SARNAS | : | **ORDER FOR DISMISSAL** |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Paul J. Fishman, the United States Attorney for the District of New Jersey, hereby dismisses the Complaint at Magistrate No. 13-9290 against defendant, ZOFIA SARNAS which was filed on October 31, 2013, charging her with:

    1) Knowingly possessing a knife over 4 inches long at a Federal Facility

in violation of Title 18, United States Code Section 930(a) for the reason that prosecution of defendant, ZOFIA SARNAS is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant ZOFIA SARNAS, of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

*Paul J. Fishman /emc*
PAUL J. FISHMAN
United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 12/19/13